6        UNITED STATES DISTRICT COURT

7            DISTRICT OF NEVADA

8                    * * *

9    UNITED STATES OF AMERICA,            Case No. 2:11-cr-00312-MMD-PAL

10                      Plaintiff,
                                         ORDER ACCEPTING REPORTS AND
11        v.                             RECOMMENDATIONS OF MAGISTRATE
                                         JUDGE PEGGY A. LEEN
     ANIL K. MATHUR,
12                      Defendant.

13

14        Before the Court are two separate Reports and Recommendations of United

15   States Magistrate Judge Peggy A. Leen (dkt. nos. 112 & 117) ("Recommendations")

16   relating to Defendant Anil K. Mathur's two Motions to Dismiss (dkt. nos. 48 & 51).  No

17   objection to the Recommendations has been filed.

18        This Court "may accept, reject, or modify, in whole or in part, the findings or

19   recommendations made by the magistrate."  28 U.S.C. § 636(b)(1).  Where a party

20   timely objects to a magistrate judge's report and recommendation, then the court is

21   required to "make a *de novo* determination of those portions of the [report and

22   recommendation] to which objection is made." 28 U.S.C. § 636(b)(1).  Where a party

23   fails to object, however, the court is not required to conduct "any review at all . . . of any

24   issue that is not the subject of an objection."  *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

25   Indeed, the Ninth Circuit has recognized that a district court is not required to review a

26   magistrate judge's report and recommendation where no objections have been filed. *See*

27   *United States v. Reyna–Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard

28   of review employed by the district court when reviewing a report and recommendation to

which no objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna–Tapia* as adopting the view that district courts are not required to review "any issue that is not the subject of an objection."). Thus, if there is no objection to a magistrate judge's recommendation, then the court may accept the recommendation without review. *See, e.g.*, *Johnstone*, 263 F. Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

Nevertheless, this Court finds it appropriate to engage in a *de novo* review to determine whether to adopt Magistrate Judge Leen's Recommendations. Upon reviewing the Recommendations and the records in this case, this Court finds good cause to adopt the Magistrate Judge's Recommendations in full.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the two Reports and Recommendations of Magistrate Judge Peggy A. Leen (dkt. nos. 112 & 117) be accepted and adopted in their entirety.

DATED THIS 3rd day of October 2012.

_____
UNITED STATES DISTRICT JUDGE